UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DON R. BUDD,

    Plaintiff,

v.

THE LANDINGS AT THE PRESERVE, et al.,

    Defendants.
_____/

Case No. 1:19-cv-465

HON. JANET T. NEFF

## ORDER

This is a civil action filed by a *pro se* litigant. Defendant The Landings at the Preserve filed a Motion to Dismiss (ECF No. 10). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 13) on December 2, 2019, recommending that the motion be granted, Does 1-100 be dismissed pursuant to 28 U.S.C. § 1915(e)(2), and the complaint be dismissed with prejudice. The Report and Recommendation was duly served. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 13) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 10) is GRANTED, Does 1-100 are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2), and the Complaint is DISMISSED with prejudice for the reasons set forth in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Dated: December 23, 2019             /s/ Janet T. Neff
                                                                    JANET T. NEFF
                                                                    United States District Judge